UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                                    CASE NO.: 8:12-cv-1076-T-23AEP

JOHN DOES 1-20,

    Defendants.
_____/

## ORDER

For the reasons stated in Judge Whittemore's December 6, 2012, order in *Malibu Media, LLC v. John Does 1-28*, No. 8:12-cv-1667 (Doc. 22), John Doe 9's "omnibus" motion (Doc. 14) is **GRANTED IN PART**. Each claim against each defendant, except the claim against John Doe 9, is **DISMISSED WITHOUT PREJUDICE**, and each defendant, except John Doe 9, is "drop[ped]" under Rule 21, Federal Rules of Civil Procedure. John Doe 9 is the only defendant who remains in this action. The balance of John Doe 9's motion (Doc. 14) is **DENIED WITHOUT PREJUDICE**.

ORDERED in Tampa, Florida, on December 26, 2012.

                                                            _____
                                                            STEVEN D. MERRYDAY
                                                            UNITED STATES DISTRICT JUDGE